

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00397-CR

| | | |
|---|---|---|
| PATRICK SHAWN MCCANN, Appellant | § | On Appeal from |
| | § | Criminal District Court No. 2 |
| | § | of Tarrant County (1540459R) |
| V. | § | October 29, 2020 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's Count Three judgment. We modify the trial court's Count Three judgment to reflect that Appellant Patrick Shawn McCann was convicted of "Online Solicitation of a Minor," and we affirm the Count Three judgment as modified. We affirm the trial court's Count One and Count Two judgments.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr